| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Cedric Ferdinand Shufford** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0691 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Middle District of Alabama** | | Date case filed in chapter **13**    **July 20, 2019** |
| Case number:    **19–32000** | | Date case converted to chapter **7**    **May 24, 2021** |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Cedric Ferdinand Shufford | |
| 2. | **All other names used in the last 8 years** | aka Cedric F Shufford, aka Cedric Shufford | |
| 3. | **Address** | PO Box 4124 <br> Montgomery, AL 36103 | |
| 4. | **Debtor's attorney** <br> Name and address | Debora Palmer <br> Clenney and Palmer, LLC <br> 1761 Taliaferro Trail <br> Montgomery, AL 36117 | Contact phone 334–262–0400 <br> Email:  debora@clenneypalmer.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Carly B Wilkins <br> Carly B. Wilkins, P.C <br> 560 South McDonough Street <br> Suite A <br> Montgomery, AL 36104 | Contact phone 334–269–0269 <br> Email:  cwilkins@cbwlegal.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office** | One Church Street<br>Montgomery, AL 36104 | Hours open:<br>8:30 AM – 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 334–954–3800<br><br>Date: May 25, 2021 |
| 7. **Meeting of creditors** | **June 25, 2021 at 09:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Appear by Video – Montgomery 7,**<br>**https://www.zoomgov.com/j/16179724435** |
| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: August 24, 2021** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

| | |
|---|---|
| In re: | Case No. 19-32000-BPC |
| Cedric Ferdinand Shufford | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1127-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 25, 2021 | Form ID: 309A | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cedric Ferdinand Shufford, PO Box 4124, Montgomery, AL 36103-4124 |
| aty | + | Charles James, II, Serious Injury Law Group, P.C., 418 Scott Street, PO Box 781, Montgomery, AL 36101-0781 |
| aty | + | Charles N. Parnell, III, Parnell & Parnell, P.A., PO Box 2189, Montgomery, AL 36102-2189 |
| aty | | Larry E. Darby, Esq, Darby Law Firm, LLC, Post Office Box 3905, Montgomery, AL 36109-0905 |
| aty | | Leonard N. Math, Chambless & Math, P.O. Box 230759, Montgomery, AL 36123-0759 |
| sp | + | Charles James, II, Serious Injury Law Group, Inc., 418 Scott Street, PO Box 781, Montgomery, AL 36101-0781 |
| cr | + | Cora Buckhanon, C/O DARBY LAW FIRM, LLC, PO BOX 3905, Montgomery, AL 36109-0905 |
| cr | | HOPE CREDIT UNION SUCCESSOR BY MERGER TO TRI-RIVER, C/O CHAMBLESS MATH & CARR, PC, PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| intp | + | Veronica Taylor, PO Box 4124, Montgomery, AL 36103-4124 |
| 4255493 | + | Alabama Title Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350-2550 |
| 4255496 | + | Aspen Mastercard, P.O. Box 11801, Newark, NJ 07101-8101 |
| 4255498 | + | Cedar Creek Apartments, 4233 Cedar Creek Circle, Montgomery, AL 36106-3619 |
| 4255505 | + | Donald Earl Fazekas, 458 S. Lawrence Street, Montgomery, AL 36104-4254 |
| 4255507 | + | Elite Custom Wheels, 3631 McGhee Road, Montgomery, AL 36111-3325 |
| 4270011 | + | GUARDIAN CREDIT UNION, 1028 Lagoon Business Loop, Montgomery, AL 36117-8617 |
| 4255510 | | Geico Auto Insurance, Attn: Legal Dept, 1 Geico Plaza, Washington, DC 20076-0001 |
| 4255511 | + | Haynes Ambulance, 2530 E 5th Street, Montgomery, AL 36107-3126 |
| 4255512 | + | Hope Federal Credit Union, 1748 University Blvd., Jackson, MS 39204-5027 |
| 4255513 | + | Jackson Hospital, 1725 Pine Street, Montgomery, AL 36106-1117 |
| 4255516 | + | Max Federal Credit Union, P.O. Box 244040, Montgomery, AL 36124-4040 |
| 4255517 | + | Michael Hassell, Jr., P.O. Box 2189, Montgomery, AL 36102-2189 |
| 4255519 | + | Nationwide, CSCL Dispute Team, 800 Walnut St, MAC F 4031-080, Des Moines, IA 50309-3605 |
| 4255521 | + | Pack Management, 9120 Double Diamond Pkwy, Ste. 4074, Reno, NV 89521-4842 |
| 4255522 | + | Peak 3 Holdings, LLC, 221 North Harbor Blvd., Ste A, Fullerton, CA 92832-1834 |
| 4255526 | + | RJM Aquisitions, 575 Underhill Blvd., Syosset, NY 11791-3426 |
| 4255525 | + | RimTyme Custom Wheels, 2809 E. South Blvd., Montgomery, AL 36116-2513 |
| 4272238 | + | STEWIN ENTERPRISES, LLC., C/O PARNELL & PARNELL, P.A., P.O. BOX 2189, MONTGOMERY, AL 36102-2189 |
| 4255527 | + | South Trust Bank, 1201 Main Street, Columbia, SC 29201-3200 |
| 4255528 | + | Stewin Enterprises, LLC, P.O. Box 2189, Montgomery, AL 36102-2189 |
| 4255532 | + | Title Cash, 5232 Atlanta Highway, Montgomery, AL 36109-3322 |
| 4255534 | + | Vieaux Care Apartments, 3543 Carter Hill Road, Montgomery, AL 36111-3435 |
| 4255539 | + | WOW Cable, 770 N. Eastern Blvd., Montgomery, AL 36117-8619 |
| 4255536 | + | Western Finance, 7020 Vaughn Road, Montgomery, AL 36116-1370 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: debora@clenneypalmer.com | May 25 2021 20:49:00 | Debora Palmer, Clenney and Palmer, LLC, 1761 Taliaferro Trail, Montgomery, AL 36117 |
| tr | + | EDI: QCBWILKINS.COM | May 26 2021 00:23:00 | Carly B Wilkins, Carly B. Wilkins, P.C, 560 South McDonough Street, Suite A, Montgomery, AL |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 36104-4605 |
| 4255491 | + | Email/Text: bankruptcy@500fastcash.com | May 25 2021 20:49:00 | 500 Fast Cash, 515 G SE, Miami, OK 74354-8224 |
| 4255492 | + | Email/Text: bnc@advanceamerica.net | May 25 2021 20:49:00 | Advance America, 3003 50th Street, Ste. 500, Lubbock, TX 79413-4139 |
| 4270618 | | EDI: CAPITALONE.COM | May 26 2021 00:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4255497 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 25 2021 20:49:00 | Cashnet.usa, 175 W. Jackson Blvd., Ste. 1000, Chicago, IL 60604-2863 |
| 4255499 | + | Email/Text: dl-csgbankruptcy@charter.com | May 25 2021 20:50:00 | Charter Communications, 400 Atlantic Street, 10th Floor, Stamford, CT 06901-3512 |
| 4255500 | + | Email/Text: bncnotices@checkintocash.com | May 25 2021 20:50:00 | Check Into Cash, 201 Keith Street, Ste. 80, Cleveland, TN 37311-5867 |
| 4255501 | + | EDI: WABK.COM | May 26 2021 00:23:00 | Colonial Finance, P.O. Box 6429, Greenville, SC 29606-6429 |
| 4255503 | + | Email/Text: ebnnotifications@creditacceptance.com | May 25 2021 20:49:00 | Credit Acceptance, 25505 W Twelve Mile, Suite 3000, Southfield, MI 48034-8331 |
| 4255504 | + | Email/PDF: creditonebknotifications@resurgent.com | May 25 2021 21:29:12 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 4255506 | + | Email/Text: bkinfo@ccfi.com | May 25 2021 20:49:00 | Easy Money, 1102 Ann Street, Montgomery, AL 36107-3002 |
| 4255508 | + | EDI: AMINFOFP.COM | May 26 2021 00:23:00 | First Premier, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 4285974 | + | Email/Text: jfreeman@hopecu.org | May 25 2021 20:49:00 | HOPE CREDIT UNION, 400 ARBA STREET, MONTGOMERY, AL 36104-5106 |
| 4257704 | | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2021 21:29:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4255515 | + | Email/Text: bncnotices@checkintocash.com | May 25 2021 20:50:00 | Loan by Phone, Village Center, 201 Keith Street SW #80, Cleveland, TN 37311-5867 |
| 4292929 | + | EDI: MID8.COM | May 26 2021 00:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 4255518 | + | EDI: MID8.COM | May 26 2021 00:23:00 | Midland Funding, LLC, 2365 Northside Dr. Ste 300, San Diego, CA 92108-2709 |
| 4255520 | + | EDI: NFCU.COM | May 26 2021 00:23:00 | Navy Federal Credit Union, 820 Follin Ave., Vienna, VA 22180-4907 |
| 4305037 | + | EDI: NFCU.COM | May 26 2021 00:23:00 | Navy Federal Credit Union, PO Box 3000, Merrifield VA 22119-3000 |
| 4255524 | + | Email/Text: newbk@Regions.com | May 25 2021 20:50:00 | Regions Bank, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 4255502 | | Email/Text: smbk@heightsfinance.com | May 25 2021 20:49:00 | Covington Credit, 150 Executive Center Drive, Greenville, SC 29615 |
| 4255529 | + | EDI: SWCR.COM | May 26 2021 00:23:00 | SW CRDT SYS, 4120 International, Carrollton, TX 75007-1958 |
| 4255530 | + | EDI: RMSC.COM | May 26 2021 00:23:00 | Syncb/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 4264398 | | EDI: AIS.COM | May 26 2021 00:23:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4255531 | | Email/Text: BankruptcyNotices@titlemax.com | May 25 2021 20:50:00 | Title Bucks, 3119 Atlanta Hwy, Montgomery, AL 36109 |
| 4255533 | | Email/Text: BankruptcyNotices@titlemax.com | | |

| Recip ID | | | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | May 25 2021 20:50:00 | Title Max, 15 Bull Street, Ste. 200, Savannah, GA 31401 |
| 4255494 | | Email/Text: bankruptcy@tritonmgt.com | May 25 2021 20:50:00 | Always Money, P.O. Box 241525, Montgomery, AL 36124 |
| 4255523 | | Email/Text: bankruptcy@tritonmgt.com | May 25 2021 20:50:00 | Quick Pawn Shop, 2591 Madison Avenue, Montgomery, AL 36107 |
| 4255535 | + | Email/Text: bankruptcy@westernshamrockcorp.com | May 25 2021 20:50:00 | West Shamrock, 801 S. Abe Street, San Angelo, TX 76903-6735 |
| 4255537 | + | Email/Text: ebankruptcy@woodforest.com | May 25 2021 20:50:00 | Woodforest Bank, 25231 Grogans Mill Road, Spring, TX 77380-3103 |
| 4255538 | + | EDI: WABK.COM | May 26 2021 00:23:00 | World Acceptance Corporation, PO Box 6429, Greenville, SC 29606-6429 |
| 4288388 | + | EDI: WABK.COM | May 26 2021 00:23:00 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Stewin Enterprises LLC, C/O PARNELL & PARNELL, P.A., P.O. BOX 2189, MONTGOMERY, AL 36102-2189 |
| 4255495 | ##+ | Ameriloan, P.O. Box 111, Miami, OK 74355-0111 |
| 4255509 | ##+ | First Sun, 33 South Perry Street, Montgomery, AL 36104-3756 |
| 4255514 | ##+ | John Holiday, 4425 Landward Lane, Millbrook, AL 36054-2205 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Carly B Wilkins | cwilkins@cbwlegal.com kesco@cbwlegal.com;cwilkins@ecf.axosfs.com |
| Charles James, II | on behalf of Spec. Counsel Charles James II chuck@seriouslawyers.com, sthomaslegal@yahoo.com |
| Charles N. Parnell, III | on behalf of Creditor Stewin Enterprises LLC bkrp@parnellsoutheast.com |
| Debora Palmer | |

| | |
|---|---|
| | on behalf of Debtor Cedric Ferdinand Shufford debora@clenneypalmer.com  connie@clenneypalmer.com |
| Larry E. Darby, Esq | |
| | on behalf of Creditor Cora Buckhanon LDarbyEsq@knology.net  bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | |
| | on behalf of Creditor HOPE CREDIT UNION SUCCESSOR BY MERGER TO TRI-RIVERS FEDERAL CREDIT UNION noticesmd@chambless-math.com |
| Sabrina L. McKinney | |
| | trustees_office@ch13mdal.com |

TOTAL: 8